# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte |
| | : | |
| v. | : | Magistrate. No. 25-16145 |
| | : | |
| MALOY AMADOR | : | **CRIMINAL COMPLAINT** |

I, Matthew Barile, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*Matthew Barile*

Matthew Barile, Special Agent
Federal Bureau of Investigation

Special Agent Matthew Barile attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 14th day of August, 2025.

Hon. José R. Almonte
United States Magistrate Judge

## <u>ATTACHMENT A</u>

## <u>COUNT ONE</u>
(Attempted Murder of a Federal Officer)

On or about August 13, 2025, in the District of New Jersey and elsewhere, the defendant,

**MALOY AMADOR**,

did knowingly and intentionally attempt to kill officers and employees of an agency of the United States Government, namely, one or more Officers employed by the United States Department of Homeland Security, Customs and Border Protection, while the Officers were engaged in and on account of the performance of the Officers' official duties.

In violation of Title 18, United States Code, Section 1114(a)(3).

## **<u>COUNT TWO</u>**
(Discharge of a Firearm During and in Relation to a Crime of Violence)

On or about August 13, 2025, in the District of New Jersey and elsewhere, the defendant,

**MALOY AMADOR**,

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the attempted murder of a federal officer charged in Count One of this Criminal Complaint, did knowingly use and carry a firearm, which was discharged.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT THREE
(Possession of Firearms by a Convicted Felon)

On or about August 13, 2025, in the District of New Jersey and elsewhere, the defendant,

**MALOY AMADOR**,

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess firearms, namely one 5.56 caliber semi-automatic rifle, bearing serial number 850-02061; one .40 caliber semi-automatic pistol, bearing serial number PDL223; one .32 caliber revolver, bearing serial number 76185; one 5.56 caliber semi-automatic rifle, bearing serial number 850-97582; one 12-gauge semi-automatic shotgun, bearing serial number AF0047939, and the firearms were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

(Possession with Intent to Distribute Cocaine)

On or about August 13, 2025, in the District of New Jersey and elsewhere, the defendant,

**MALOY AMADOR,**

knowingly and intentionally did possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **ATTACHMENT B**

I, Matthew Barile, am a Special Agent of the Federal Bureau of Investigation ("FBI"). The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement has been investigating Maloy Amador ("AMADOR") in connection with narcotics and firearms offenses. During the course of the investigation, law enforcement learned that AMADOR was using his home, located in Parsippany, New Jersey (the "Parsippany Residence"), to store narcotics and firearms. Based on information obtained during the investigation, law enforcement obtained a warrant to search the Parsippany Residence.

2. On or about August 13, 2025, officers from the United States Department of Homeland Security, Customs and Border Protection, together with agents and officers from the Drug Enforcement Administration and the Bureau of Alcohol, Tobacco, Firearms, and Explosives, reported to the Parsippany Residence to execute the above-referenced search warrant. After law enforcement officers knocked on the door and announced themselves, no one answered. Thereafter, law enforcement entered the Parsippany Residence's back door. After law enforcement entered the Parsippany Residence, AMADOR opened the basement door and fired a gun toward law enforcement. Following an extended exchange of gunfire between AMADOR and law enforcement, AMADOR eventually surrendered and law enforcement placed him under arrest. At some point during the exchange of gunfire, AMADOR was struck in the arm.

3. After AMADOR's arrest, one of the officers from Customs and Border Protection ("Officer-1") who entered the Parsippany Residence discovered pieces of a projectile in Officer-1's bulletproof vest from a bullet that AMADOR had fired.

4. During a search of the Parsippany Residence, law enforcement recovered the following, among other items:

- one 5.56 caliber semi-automatic rifle, bearing serial number 850-02061 ("Firearm-1");

- one .40 caliber semi-automatic pistol, bearing serial number PDL223 ("Firearm-2");

- one .32 caliber revolver, bearing serial number 76185 ("Firearm-3");

- one 5.56 caliber semi-automatic rifle, bearing serial number 850-97582 ("Firearm-4");

- one 12-gauge semi-automatic shotgun, bearing serial number AF0047939 ("Firearm-5," collectively with Firearm-1, Firearm-2, Firearm-3 and Firearm-4, the "Firearms"); [1]

- a voluminous amount of ammunition;

- a distribution quantity of a mixture and substance containing a detectable amount of cocaine; and

- a kilo press.[2]

5.      Law enforcement field tested samples of the recovered substances, which tested presumptively positive for the presence of cocaine.

6.      The Firearms were manufactured outside the State of New Jersey, such that they traveled in and affected interstate commerce prior to AMADOR's possession of them in New Jersey on or about August 13, 2025.

7.      On or about August 20, 2018, AMADOR was convicted of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). AMADOR was sentenced to 51 months' imprisonment on that charge.

---

[1] Law enforcement has not yet completed its search of the Parsippany Residence, and therefore notes that additional firearms or other contraband may be recovered from the Residence.

[2] A kilo press is a device used to compress large quantities of drugs into a kilogram-sized brick or block.